MARRERO, J



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
SECURITY INSURANCE COMPANY OF :
HARTFORD Itself and as Successor in Interest to :
The Fire and Casualty Insurance Company of :
Connecticut and The Connecticut Indemnity :
Company, :
 :
                       Petitioner, :
 :
     -against- :
 :
COMMERCIAL RISK REINSURANCE :
COMPANY LIMITED (BERMUDA) and :
COMMERCIAL RISK RE-INSURANCE :
COMPANY (VERMONT), :
 :
                       Respondents. :
 :
------------------------------------------------------------ x

**Docket No. 07 CV 7191 (VM)**

**STIPULATION AND
ORDER TO UNSEAL**

IT IS HEREBY STIPULATED AND AGREED by the parties Petitioner Security Insurance Company of Hartford and Respondents Commercial Risk Reinsurance Company Limited and Commercial Risk Re-Insurance Company that the instant proceeding, which relates to a petition to confirm the arbitration referred to by the parties as "Non-DIG" and which was filed under seal in accordance with the terms of a confidentiality agreement between the parties and pursuant to an August 13, 2007 Order of this Court, and all documents filed in the instant proceeding, be unsealed.

MICROFILMED
NOV 1 5 2007 -3:00 PM

NY 71074991V1

        IT IS FURTHER STIPULATED AND AGREED that any further pleadings, orders, or other submissions in this proceeding be filed unsealed.

Dated: New York, New York
      November 13, 2007

| STROOCK & STROOCK & LAVAN LLP | D'AMATO & LYNCH, LLP |
|---|---|
| By: /s/ Michele L. Jacobson (MJ-4297) | By: /s/ John P. Higgins (JH-2419) |
| Attorneys for Petitioner | Attorneys for Respondents |
| 180 Maiden Lane | 70 Pine Street |
| New York, New York 10038 | New York, New York 10270 |
| (212) 806-6067 | (212) 269-0927 |

SO ORDERED:

/s/ Victor Marrero
U.S.D.J.