UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**TO BE FILED UNDER SEAL**

---------------------------------------- x

In the Matter of the Arbitration of

SECURITY INSURANCE COMPANY OF HARTFORD
Itself and as Successor in Interest to
THE FIRE AND CASUALTY INSURANCE COMPANY
OF CONNECTICUT and THE CONNECTICUT
INDEMNITY COMPANY,

Docket No. 07 CV 3277 (VM)

                   Petitioner,

-against-

COMMERCIAL RISK REINSURANCE COMPANY
LIMITED (BERMUDA) and COMMERCIAL RISK RE-
INSURANCE COMPANY (VERMONT),

                   Respondents.

**REPLY DECLARATION OF MICHELE L. JACOBSON IN FURTHER SUPPORT OF PETITION FOR ORDER COMPELLING ARBITRATION**

---------------------------------------- x

      **MICHELE L. JACOBSON**, hereby declares under penalty of perjury that the following is true and correct:

      1.    I am a member of the firm of Stroock & Stroock & Lavan LLP, attorneys for Petitioner Security Insurance Company of Hartford, Itself and as Successor in Interest to the Fire and Casualty Insurance Company of Connecticut ("SICH"). I submit this Reply Declaration in further support of Petitioner's Reply Memorandum of Law in support of its motion to compel Respondents Commercial Risk Reinsurance Company Limited (Bermuda) ("Commercial Risk Bermuda") and Commercial Risk Re-Insurance Company (Vermont) ("Commercial Risk Vermont") to arbitrate, in accordance with the terms of the arbitration clauses in five Quota Share Reinsurance Contracts, before the Umpire who was duly selected by Commercial Risk and SICH, and on June 25-29, 2007 – the dates agreed upon by the parties and the Panel.

2. As counsel for SICH, I have personal knowledge of the facts set forth herein.

3. Annexed hereto as Exhibit 1 is a true and correct copy of the cover page of the Position Statement submitted by Respondents Commercial Risk Bermuda and Commercial Risk Vermont in the Non-DIG Arbitration, which reflects their acknowledgement that Mr. David Thirkill is the Umpire of the panel.

Dated: New York, New York
       May 4, 2007

_____
MICHELE L. JACOBSON

**EXHIBIT 1**

In the Matter of the Arbitration between:

Security Insurance Company of Hartford,

                                                Petitioners,

and

Commercial Risk (Non-Dig),

                                                Respondents.

**BEFORE:**

David Thirkill, Umpire
Theodor Dielmann, Arbitrator
Martin D. Haber, Arbitrator

POSITION STATEMENT OF
COMMERCIAL RISK (NON-DIG)

                                                D'AMATO & LYNCH
                                                Attorneys for Respondent
                                                Commercial Risk (Non-Dig)
                                                70 Pine Street
                                                New York, New York 10270-0110
                                                (212) 909-2036

#233290v1