UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------

SECURITY INSURANCE COMPANY OF HARTFORD
Itself and as Successor in Interest to
THE FIRE AND CASUALTY INSURANCE COMPANY
OF CONNECTICUT and THE CONNECTICUT
INDEMNITY COMPANY,

                            Petitioner,

-against-

COMMERCIAL RISK REINSURANCE COMPANY
LIMITED (BERMUDA) and COMMERCIAL RISK RE-
INSURANCE COMPANY (VERMONT),

                            Respondents.
-------------------------------------------------

Docket No. 07 CV 7191 (VM)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that true copies of a Reply Declaration of Michele L. Jacobson in Further Support of Petition to Confirm Arbitration Award with an Appendix of Exhibits deemed attached thereto and a Proposed Order were caused to be served on November 16, 2007, by hand, and via United States mail, on:

    John P. Higgins
    D'Amato and Lynch
    70 Pine Street
    New York, NY 10270
    (212) 269-0927

Dated: New York, New York
       November 16, 2007

_____
CHRISTIAN FLETCHER (CF-3294)