| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | TO BE FILED<br>UNDER SEAL |

---------------------------------------x

SECURITY INSURANCE COMPANY OF HARTFORD
(for Itself and as Successor in Interest to
the Fire and Casualty Insurance Company of Connecticut
and the Connecticut Indemnity Company),

                                    Petitioner,

                    -against-

COMMERCIAL RISK REINSURANCE COMPANY
LIMITED (BERMUDA) and COMMERCIAL RISK RE-
INSURANCE COMPANY (VERMONT),

                                  Respondents.

Docket No. _____

**RULE 7.1
DISCLOSURE STATEMENT**

---------------------------------------x

       Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Security Insurance Company of Hartford, for itself and as sucessor in interest to the Fire and Casualty Insurance Company of Connecticut and the Connecticut Indemnity Company, (a non-governmental party) certifies that Royal Indemnity Company is the parent company of said party, and that no publicly held corporation owns 10% or more of the stock of said party.

Dated: New York, New York
       August 10, 2007

                                            STROOCK & STROOCK & LAVAN LLP

                                            By: _____
                                                Michele L. Jacobson (MJ-4297)
                                                180 Maiden Lane
                                                New York, NY 10038
                                                Telephone: 212-806-5400
                                                Attorneys for Petitioner