UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**TO BE FILED
UNDER SEAL**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SECURITY INSURANCE COMPANY OF HARTFORD
(for Itself and as Successor in Interest to
the Fire and Casualty Insurance Company of Connecticut
and the Connecticut Indemnity Company),

                        Petitioner,

            -against-

COMMERCIAL RISK REINSURANCE COMPANY
LIMITED (BERMUDA) and COMMERCIAL RISK RE-
INSURANCE COMPANY (VERMONT),

                     Respondents.

: Docket No. 07-CV-7191

**NOTICE OF SERVICE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In accordance with 9 U.S.C. § 9, Fed. R. Civ. P. 4(h)(1), and New York Insurance Law § 213(b)(2), Petitioner Security Insurance Company of Hartford, for itself and as successor in interest to the Fire and Casualty Insurance Company of Connecticut and the Connecticut Indemnity Company, by and through its attorneys Stroock & Stroock & Lavan LLP, hereby gives notice that true copies of:

        (1)     a Notice of Petition and Petition to Confirm Arbitration Award;

        (2)     a Declaration of Michele L. Jacobson in support of Petition to Confirm Arbitration Award with a two volume Appendix of Exhibits;

        (3)     a Memorandum of Law in support of Petition to Confirm Arbitration Award;

        (4)     a Declaration of Michele L. Jacobson in support of Request to File Under Seal; and

        (5)     an Order to File Under Seal

were served on Respondent Commercial Risk Re-Insurance Company (Vermont) on August 14,

2007 by personal service on a salaried employee of the Department of Insurance designated by

the Superintendent of Insurance of New York to accept such service, along with payment of

$40.00, as sworn to in the affidavit of service attached hereto.  Also attached hereto is a copy of

the Notice of Petition to Confirm Arbitration Award which, pursuant to 9 U.S.C. §§ 6 and 9, is

the process that commenced the above-captioned action.


Dated: New York, New York
      August 22, 2007


                STROOCK & STROOCK & LAVAN LLP

                By: _____
                     Christian Fletcher (CF-3294)
                     *Attorneys for Petitioner*
                     180 Maiden Lane
                     New York, New York 10038
                     (212) 806-5400


TO: Commercial Risk Re-Insurance Company (Vermont)
     199 Water Street - 20th Floor
     New York, New York 10038-3528

     John Higgins
     D'Amato & Lynch
     70 Pine Street
     New York, New York 10270-0110

Form 27 - GENERAL PURPOSE

**STROOCK STROOCK & LAVAN ESQS**
**ATTN:**
U.S.SOUTHERN DIST. COURT      NEW YORK  COUNTY
--------------------------------------------------

SECURITY INSURANCE COMPANY OF          petitioner
HARTFORD, ETC
                  - against -

COMMERICAL RISK REINSURANCE COMPANY      respondent
LIMITED (BERMUNDA), ETANO
--------------------------------------------------

Index No. **07-CV-7191**

Date Filed  . . . . . . . . . . . .

Office No. **000224-0902**

Court Date:    /  /

        STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:

**RUDOLPH WRIGHT**      being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the
State of New York.
      That on the  **14th  day of August, 2007     at  04:20 PM.,**          at
      **%SUPT.OF INSURANCE, 25 BEAVER ST**
      **NEW YORK, NY** I served a true copy of the Declaration in support of request to
      file under seal; Order to file under seal, notice of petition to confirm
      arbitration award, declaration to Michele Jacobson in support of petition to
confirm with appendix of exhibits and memorandum of law in support of petition to
      **and at the same time and place, a fee of $40.00 was paid**          confirm
upon **COMMERCIAL RISK REINSURANCE COMPANY (VERMONT)**
**the RESPONDENT** therein named,
by delivering to, and leaving personally with
      **DORA LEWIS,    CLERK AUTHORIZED TO ACCEPT SERVICE**

a true copy of each thereof.

      Deponent describes the person served as aforesaid to the best of deponent's
ability at the time and circumstances of the aforesaid service as follows:
        SEX: **FEMALE**        COLOR: **BROWN**      HAIR: **BLAKC**
        APP. AGE: **43**        APP. HT: **5:6**      APP. WT: **140**

OTHER IDENTIFYING FEATURES: **GLASSES**

Sworn to before me this
20th  day of  August, 2007ni


KENNETH WISSNER
Notary Public, State of New York
    No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

RUDOLPH WRIGHT  1022795
AETNA  CENTRAL  JUDICIAL  SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7SS&L57069

UNITED STATES DISTRICT COURT          **TO BE FILED**
SOUTHERN DISTRICT OF NEW YORK      **UNDER SEAL**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SECURITY INSURANCE COMPANY OF HARTFORD    :
(for Itself and as Successor in Interest to    :   Docket No. 07-CV-7191
the Fire and Casualty Insurance Company of Connecticut   :
and the Connecticut Indemnity Company),    :

                  Petitioner,    :

         -against-    :   **NOTICE OF**
   :   **PETITION TO CONFIRM**
COMMERCIAL RISK REINSURANCE COMPANY    :   **ARBITRATION AWARD**
LIMITED (BERMUDA) and COMMERCIAL RISK RE-   :
INSURANCE COMPANY (VERMONT),    :

                 Respondents.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       PLEASE TAKE NOTICE that upon the annexed Petition to Confirm Arbitration Award,

dated August 10, 2007, the accompanying Declaration of Michele L. Jacobson in Support of the

Petition to Confirm Arbitration Award, dated August 10, 2007, and the Appendix of Exhibits

deemed annexed thereto, the accompanying Memorandum of Law in Support of the Petition to

Confirm Arbitration Award, dated August 10, 2007, Petitioner Security Insurance Company of

Hartford, itself and as successor in interest to the Fire and Casualty Insurance Company of

Hartford and the Connecticut Indemnity Company ("SICH"), hereby petitions the United States

District Court, Southern District of New York, at the United States Courthouse, 500 Pearl Street,

New York, New York, on a date and at a time to be determined by the Court, for an Order,

pursuant to the Federal Arbitration Act, 9 U.S.C. § 9, and the Convention on the Recognition and

Enforcement of Foreign Arbitral Awards, 9 U.S.C. § 207, confirming the arbitration award (the

"Award") against Commercial Risk Reinsurance Company Limited (Bermuda) and Commercial

Risk Re-insurance Company (Vermont)(together "CR"), effective July 10, 2007, issued on July 14, 2007 and bearing a signature date of July 16, 2007 in the arbitration proceeding entitled <u>In the Matter of the Arbitration of Security Insurance Company of Hartford v. Commercial Risk Reinsurance Company Limited (Bermuda) and Commercial Risk Re-insurance Company (Vermont) (Non-DIG)</u> and for Judgment as follows:

      A.     directing Respondent Commercial Risk Reinsurance Company Limited (Bermuda)("CR Bermuda") to pay Petitioner $2,512,816.79, representing its balance due under the Treaties;

      B.     directing Respondent Commercial Risk Re-insurance Company (Vermont)("CR Vermont") to pay Petitioner $417,714.65, representing its balance due under the Treaties;

      C.     directing Respondent CR Bermuda to pay Petitioner $330,478.21, which represents the pre-Award interest on the balances due;

      D.     directing Respondent CR Vermont to pay Petitioner $66,959.73, which represents the pre-Award interest on the balances due;

      E.     directing that any amounts not paid by August 21, 2007, which is thirty business days from the effective date of the Award, shall accrue at an interest rate of 10% per annum;

      F.     directing that if either or both of Respondents fail to make the payments directed in the paragraph above, Petitioner may draw down upon security posted by CR in the form of letters of credit from BNP Paribas, LOC No. 91889854, in the amount of $848,395.00, and LOC No. 91889856, in the amount of $212,099.00 to partially satisfy the amounts so due;

G.     declaring that the five Treaties that were the subject of the Arbitration between SICH and CR – the NHE Quota Share Reinsurance Agreement incepting March 15, 2000, the NHE Quota Share Reinsurance Agreement incepting March 15, 2001, the ORS Quota Share Reinsurance Agreement incepting September 1, 2001, the HPP Quota Share Reinsurance Agreement incepting May 1, 2000, and the HPP Quota Share Reinsurance Agreement incepting May 1, 2001 – are valid, binding and enforceable and remain in full force and effect;

H.     declaring that Respondents are required to remit payment pursuant to the terms of the Treaties as cession statements are issued to them;

I.     declaring that Respondents may not raise as a defense to future payments any issue already brought before the Arbitration Panel;

J.     awarding SICH its costs in this action; and

K.     awarding any such other relief as this court deems appropriate.

Dated: New York, New York
       August 10, 2007

STROOCK & STROOCK & LAVAN LLP

By: _____
     Michele L. Jacobson (MJ 4297)
*Attorneys for Respondent-Cross-Petitioner Security Insurance Company of Hartford*
180 Maiden Lane
New York, New York 10038
(212) 806-5400

*Index No.*    07-CV-7191

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of the Arbitration of

SECURITY INSURANCE COMPANY OF HARTFORD Itself and as Successor in Interest to
THE FIRE AND CASUALTY INSURANCE COMPANY OF CONNECTICUT and THE
CONNECTICUT INDEMNITY COMPANY,

                                       Petitioner,

                 -against-

COMMERCIAL RISK REINSURANCE COMPANY LIMITED (BERMUDA) and
COMMERCIAL RISK RE-INSURANCE COMPANY (VERMONT),

                                        Respondents.

## NOTICE OF SERVICE

*Attorneys for*

STROOCK & STROOCK & LAVAN LLP
Petitioner Security Insurance Company of Hartford

180 MAIDEN LANE
NEW YORK, NEW YORK 10038-4982
212 806 5400

*PLEASE TAKE NOTICE*

Check Applicable Box

☐ NOTICE OF ENTRY

*that the within is a (certified) true copy of a*
*entered in the office of the clerk of the within named Court on*                    *20*

☐ NOTICE OF SETTLEMENT

*that an Order of which the within is a true copy will be presented for settlement to the Hon.*
*one of the judges of the within named Court,*
*at*
*on*                    *20*        *, at*                    *M.*

*Dated:*

STROOCK & STROOCK & LAVAN LLP

                       *Attorneys for*

180 MAIDEN LANE