UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK

**TO BE FILED  
UNDER SEAL**

------------------------------------- x  
:  
SECURITY INSURANCE COMPANY OF HARTFORD :  
(for Itself and as Successor in Interest to :  
the Fire and Casualty Insurance Company of Connecticut : Docket No. 07-CV-7191  
and the Connecticut Indemnity Company), :  
:  
Petitioner, :  
:  
-against- : **CERTIFICATE OF SERVICE**  
:  
COMMERCIAL RISK REINSURANCE COMPANY :  
LIMITED (BERMUDA) and COMMERCIAL RISK RE- :  
INSURANCE COMPANY (VERMONT), :  
:  
Respondents. :  
------------------------------------- x

    The undersigned, on behalf of Petitioner Security Insurance Company of Hartford, for itself and as successor in interest to the Fire and Casualty Insurance Company of Connecticut and the Connecticut Indemnity Company, hereby certifies that copies of

- a Notice of Petition and Petition to Confirm Arbitration Award;
- a Declaration of Michele L. Jacobson in support of Petition to Confirm Arbitration Award with a two volume Appendix of Exhibits;
- a Memorandum of Law in Support of Petition to Confirm Arbitration Award;
- a Declaration of Michele L. Jacobson in support of Request to File Under Seal; and
- an Order to File Under Seal

were served on Respondent Commercial Risk Re-Insurance Company (Vermont) on August 14, 2007 by personal service on a salaried employee of the Department of Insurance designated by the Superintendent of Insurance of New York to accept such service, along with payment of $40.00.

    In compliance with New York Insurance Law § 213(b)(2), Notice of Service of the above-listed documents was mailed to Respondent Commercial Risk Re-Insurance Company (Vermont) at its principal place of business at 199 Water Street, 20th Floor, New York, New

York 10038-3528, by certified mail, return receipt requested, on August 22, 2007. The signed return receipt, dated August 24, 2007, is attached hereto. The Notice of Service, including a copy of the Notice of Petition to Confirm Arbitration Award which, pursuant to 9 U.S.C. §§ 6, 9, is the process that commenced the above-captioned action, is being filed contemporaneously herewith.

Also, copies of the above-listed documents were served on August 15, 2007 on Respondent Commercial Risk Reinsurance Company Limited (Bermuda) by personal service on its designated agent for service of process, Primmer & Piper, 100 East State Street, P.O. Box 1309, Montpelier, Vermont 05601-1309, as sworn to in the affidavit of service attached hereto.

Additionally, I caused copies of the above-listed documents to be served by hand on August 14, 2007 on counsel for Respondents Commercial Risk Re-Insurance Company (Vermont) and Commercial Risk Reinsurance Company Limited (Bermuda) at the following address:

>John Higgins and Ed Roth
>D'Amato & Lynch
>70 Pine Street
>New York, NY 10270

I state under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
August 31, 2007

>STROOCK & STROOCK & LAVAN LLP
>
>By: _____
>Christian Fletcher (CF-3294)
>*Attorneys for Petitioner*
>180 Maiden Lane
>New York, New York 10038
>(212) 806-5400

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

000224-0902

• Sender: Please print your name, address, and ZIP+4 in this box •

Christian Fletcher, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, New York 10038

3286

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Chris Dright   8/24/7 |
| 1. Article Addressed to:<br>Commercial Risk Re-Insurance Company (Vermont)<br>199 Water Street, 20th Floor<br>New York, New York 10038-3528 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7002 0860 0000 5018 5925 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-0835

# Affidavit of Process Server

U.S. Southern District, New York County
(NAME OF COURT)

Security Insurance Company of Hartford, Etc. vs Commercial Risk Reinsurance Co. Ltd. (Bermunda), Etano    07-CV-7191
PLAINTIFF/PETITIONER    DEFENDANT/RESPONDENT    CASE NUMBER

I, Conrad Boucher, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

Service: I served c/o COMMERCIAL RISK REINSURANCE COMPANY LIMITED (BERMUDA) Primmer & Piper, 100 E. State St., PO Box 1309, Montpelier, Vermont 05601
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) Declaration in Support of Request to File Under Seal, Order to File Under Seal, Notice of Petition & Petition to Confirm Arbitration Award, Declaration of Michele Jacobson in Support of Petition to Confirm with Appendix of Exhibits and Memorandum of Law in Support of Petition to Confirm

by leaving with Laura Daudelin, Legal Assistant    AUTHORIZED TO ACCEPT
NAME    RELATIONSHIP

☐ Residence _____
ADDRESS    CITY / STATE

☒ Business  100 East State Street, Montpelier, Vermont 05602
ADDRESS    CITY / STATE

On 8/15/07    AT 1:40 PM
DATE    TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____ DATE
from _____
CITY    STATE    ZIP

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☒ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address    ☐ Moved, Left no Forwarding    ☐ Service Cancelled by Litigant    ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist    ☐ Other _____

**Service Attempts:** Service was attempted on: (1)_____ (2)_____
DATE  TIME    DATE  TIME
(3)_____ (4)_____ (5)_____
DATE  TIME    DATE  TIME    DATE  TIME

Description: Age 45  Sex F  Race W  Height 5'6"  Weight 145  Hair Gr  Beard ___  Glasses Y

_____
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 16th day of August, 2007

_____
SIGNATURE OF NOTARY PUBLIC
NOTARY PUBLIC for the state of Vermont

FORM 2    NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

7SS#L57068