UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
SECURITY INSURANCE COMPANY OF :
HARTFORD Itself, and as Successor in Interest :
to The Fire and Casualty Insurance Company of :
Connecticut and The Connecticut Indemnity : Case Filed Under Seal
Company, :
:
               Petitioners, :
: **Docket No.  07 CV 7191(VM)**
   -against- :
: **RULE 7.1 STATEMENT**
COMMERCIAL RISK REINSURANCE :
COMPANY LIMITED (BERMUDA) and :
COMMERCIAL RISK RE-INSURANCE
COMPANY (VERMONT),

               Respondents.

------------------------------------------------------------ x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, respondents Commercial Risk Reinsurance Company Limited and Commercial Risk Re-Insurance Company hereby disclose that their parent company is Commercial Risk Partners Limited, whose parent company is SCOR Group, a publicly traded company.

Dated: New York, New York
       October 11, 2007

                                          D'AMATO & LYNCH
                                          Attorneys for Respondents

                                          By_____s/_____
                                               John P. Higgins (JH-2419)
                                          70 Pine Street
                                          New York, NY  10270-0110
                                          (212) 269-0927

#280729v1