UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SECURITY INSURANCE COMPANY OF :
HARTFORD Itself, and as Successor in Interest :
to The Fire and Casualty Insurance Company of :
Connecticut and The Connecticut Indemnity :   Case Filed Under Seal
Company, :
 :
                Petitioners, :
 :   **Docket No. 07 CV 7191 (VM)**
      -against- :
 :   **AFFIDAVIT OF SERVICE**
COMMERCIAL RISK REINSURANCE :
COMPANY LIMITED (BERMUDA) and :
COMMERCIAL RISK RE-INSURANCE
COMPANY (VERMONT),

                Respondents.

------------------------------------------------------------x

STATE OF NEW YORK )
                      ss.:
COUNTY OF NEW YORK )

       **Edward M. Roth**, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in New York, New York.

       On October 11 2007, deponent served the Answer to Petition, Affidavit of John Higgins in Opposition to Petition and Rule 7.1 Statement in this case, by causing a true copy of same to be deposited in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, properly addressed to the attorney for petitioners at the following address:

      Stroock & Stroock & Lavan
      180 Maiden Lane
      New York, New York 10038

                                                    EDWARD M. ROTH

Sworn to before me this
11th day of October, 2007

_____
Notary Public

                            MELEENA M. BOWERS
                    Notary Public, State of New York
                         No. 31-02806092207
                   Qualified in New York County
              Commission Expires May 12, 2011

#281047v1