UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SECURITY INSURANCE COMPANY OF HARTFORD    **Case Filed Under Seal**
Itself, and as Successor in Interest to The Fire and Casualty
Insurance Company of Connecticut and The Connecticut    **07 CV 7191 (VM)**
Indemnity Company,

                 Petitioners,

                 **STIPULATION**

       -against-

COMMERCIAL RISK REINSURANCE COMPANY
LIMITED (BERMUDA) and COMMERCIAL RISK
RE-INSURANCE COMPANY (VERMONT),
                 Respondents.
-------------------------------------------------------------------X

       IT IS HEREBY STIPULATED AND AGREED between the undersigned counsel for the parties herein that:

       1.      The time for Respondents to respond to Petitioner's Petition to Confirm Arbitration Award shall be extended to September 27, 2007.

       2.      Petitioners shall serve any reply papers in further support of the Petition to Confirm no later than October 29, 2007.

Dated: New York, New York
         August 28, 2007

| | |
|---|---|
| STROOCK & STROOCK & LAVAN LLP | D'AMATO & LYNCH, LLP |
| By: _____ | By: _____ |
| Michele Jacobson (MJ-4297) | John P. Higgins (JH-2419) |
| Attorneys for Petitioner | Attorneys for Respondents |
| 180 Maiden Lane | 70 Pine Street |
| New York, New York 10038 | New York, New York 10270 |
| (212) 806-5400 | (212) 269-0927 |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-7-07

SO ORDERED: 7 December 2007

_____
U.S.D.J.
Victor Marrero

SO ORDERED: By Stipulation and Order dated 11-13-07 this case was unsealed. Therefore document herein should be filed on the public docket.

_____
DATE     VICTOR MARRERO, U.S.D.J.