UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
SECURITY INSURANCE COMPANY OF          :
HARTFORD,
                                       :
                  Plaintiff,           :        07 Civ 7191
                                       :
      - against -                      :        **ORDER**
                                       :
COMMERCIAL RISK REINSURANCE,           :
                                       :
                  Defendant.           :
--------------------------------------------------------------X

**VICTOR MARRERO, United States District Judge.**

By Amended Order dated November 30, 2007 the Court directed the Clerk of Court to enter

judgment granting petitioner's motion to confirm the arbitration award at issue in this action and

to close the captioned case and remove it from the Court's docket. A review of the Docket Sheet for

this matter indicates that the case remains listed on the Court's database of open cases. Accordingly,

it is hereby

**ORDERED** that in accordance with the Court's Amended Order dated November 30, 2007

the Clerk of Court is directed to enter judgment for petitioner Security Insurance Company Hartford

confirming the arbitration award in the amounts indicated in that Order and to close this case and

remove it from the Court's list of pending cases.

**SO ORDERED.**

Dated:        New York, New York
              10 December 2007


                                          VICTOR MARRERO
                                          U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-10-07