USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SECURITY INSURANCE COMPANY OF
HARTFORD,

              Plaintiff,

      -against-

COMMERCIAL RISK REINSURANCE,
              Defendant.
-----------------------------------------------------------X

07 CIVIL 7191 (VM)

**JUDGMENT**

#07 2358

      Petitioner having moved to confirm arbitration, and the matter having come before the Honorable Victor Marrero, United States District Judge, and the Court, on November 30, 2007 and December 10, 2007, having rendered its Amended Order and Order confirming the arbitration award, that Security Insurance Company of Hartford ("SICH") recover from Commercial Risk Reinsurance Limited ("CR Bermuda") $2,512,816.79, representing CR Bermuda's balance due under the Treaties as of June 1, 2007, plus $330,478.21, representing the pre-Award interest on CR Bermuda's balances due, and interest at the rate of 10% per annum on any amounts not paid by August 21, 2007, until entry of judgment of $87,246.31 for a total sum of $2,930,541.31, that Security Insurance Company of Hartford ("SICH") recover from Commercial Risk Re-Insurance Company ("CR Vermont") $417,714.65, representing CR Vermont's balance due under the Treaties as of June 1, 2007, plus $66,959.73, representing the pre-Award interest on CR Vermont's balances due, and interest at the rate of 10% per annum on any amounts not paid by August 21, 2007, until entry of judgment of $14,872.20 for a total sum of $499,546.58, and that SICH is awarded interest on the judgment as provided by law, and its costs in this action, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Amended Order and Order dated November 30, 2007 and December 10, 2007, the arbitration award is confirmed; Security Insurance Company of Hartford ("SICH") shall recover from Commercial Risk Reinsurance Limited ("CR Bermuda") $2,512,816.79, representing CR Bermuda's balance due under the Treaties as of June 1, 2007, plus $330,478.21, representing the pre-Award interest on CR Bermuda's balances due, and interest at the rate of 10% per annum on any amounts not paid by August 21, 2007, until entry of judgment of $87,246.31 for a total sum of $2,930,541.31; Security Insurance Company of Hartford ("SICH") shall recover from Commercial Risk Re-Insurance Company ("CR Vermont") $417,714.65, representing CR Vermont's balance due under the Treaties as of June 1, 2007, plus $66,959.73, representing the pre-Award interest on CR Vermont's balances due, and interest at the rate of 10% per annum on any amounts not paid by August 21, 2007, until entry of judgment of $14,872.20 for a total sum of $499,546.58; and SICH is awarded interest on this judgment as provided by law, and its costs in this action; accordingly, the case is closed.

**Dated:** New York, New York
December 11, 2007

**J. MICHAEL McMAHON**
_____
Clerk of Court

BY:  _____
Deputy Clerk

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** _____