```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SECURITY INSURANCE COMPANY OF HARTFORD
Itself and as Successor in Interest to
THE FIRE AND CASUALTY INSURANCE COMPANY
OF CONNECTICUT and THE CONNECTICUT
INDEMNITY COMPANY,

                        Petitioner,

        -against-

COMMERCIAL RISK REINSURANCE COMPANY
LIMITED (BERMUDA) and COMMERCIAL RISK RE-
INSURANCE COMPANY (VERMONT),

                        Respondents.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Docket No. 07 CV 7191 (VM)

**SATISFACTION OF JUDGMENT**

#07,2358

       WHEREAS a judgment, number 07,2358, (the "Judgment") was entered in the above-captioned action in the United States District Court for the Southern District of New York, on December 11, 2007, confirming an arbitration award, in favor of Petitioner Security Insurance Company of Hartford ("SICH") against Respondent Commercial Risk Reinsurance Company Limited ("CR Bermuda") for the sum of $2,930,541.31 plus interest as provided by law, and against Respondent Commercial Risk Re-Insurance Company ("CR Vermont") for the sum of $499,546.58 plus post-Judgment interest as provided by law;

       WHEREAS through the drawdown of security previously posted on behalf of CR Bermuda, SICH received payment in the amount of $2,512,816.79 within 30 days of the effective date of the underlying arbitration award and prior to the entry of Judgment such that $76,230.37 in post-award, pre-judgment interest on the amount owed by CR Bermuda did not accrue;

WHEREAS through the drawdown of security previously posted on behalf of CR Vermont, SICH received payment in the amount of $417,714.65 within 30 days of the effective date of the underlying arbitration award and prior to the entry of Judgment such that $12,640.21 in post-award, pre-judgment interest on the amount owed by CR Vermont did not accrue;

WHEREAS, on January 23, 2008, SICH filed a Partial Satisfaction of Judgment in the instant action, which was entered on February 4, 2008, acknowledging the partial satisfaction of the Judgment, by CR Bermuda in the amount of $2,512,816.79 plus $76,230.37 in post-award, pre-judgment interest that did not accrue, and by CR Vermont in the amount of $417,714.65 plus $12,640.21 in post-award, pre-judgment interest that did not accrue;

WHEREAS, on February 6, 2008, the remaining amount of the Judgment owed by CR Bermuda and CR Vermont was received by SICH, including post-judgment interest as provided by law;

WHEREAS the Judgment has been fully paid, and there are no outstanding executions related to the Judgment with any Sheriff or Marshal;

THEREFORE, full and complete satisfaction of the Judgment by CR Bermuda and CR Vermont is hereby acknowledged and the Clerk is hereby authorized and directed to make an entry of full satisfaction on the docket of the Judgment.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
      February 20, 2008

STROOCK & STROOCK & LAVAN LLP

By: _____
Michele L. Jacobson (MJ 4297)
*Attorneys for Petitioner*
*Security Insurance Company of Hartford*
180 Maiden Lane
New York, New York 10038
(212) 806-5400

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

SECURITY INSURANCE COMPANY OF HARTFORD
(for Itself and as Successor in Interest to
the Fire and Casualty Insurance Company of Connecticut
and the Connecticut Indemnity Company),

:  Docket No. 07-CV-7191

Petitioner,

: **CERTIFICATE OF SERVICE**

-against-

COMMERCIAL RISK REINSURANCE COMPANY
LIMITED (BERMUDA) and COMMERCIAL RISK RE-
INSURANCE COMPANY (VERMONT),

Respondents.
------------------------------------------------------------x

The undersigned, on behalf of Petitioner Security Insurance Company of Hartford, hereby certifies that a copy of a Satisfaction of Judgment was served on counsel for Respondents Commercial Risk Reinsurance Company Limited (Bermuda) and Commercial Risk Re-Insurance Company (Vermont) on February 21, 2008 by mailing it in a sealed envelope, postage prepaid, in a post office or official depository of the United States Postal Service, addressed as follows:

John Higgins
D'Amato & Lynch
70 Pine Street
New York, New York 10270

I state under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
February 21, 2008

STROOCK & STROOCK & LAVAN LLP

By: _____
Christian Fletcher (CF-3294)
*Attorneys for Petitioner*
180 Maiden Lane
New York, New York 10038
(212) 806-5400